UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81334-RLR

HOWARD COHAN,

    Plaintiff,

vs.

COCO SUSHI LOUNGE & BAR LLC,
a Florida Limited Liability Company,
d/b/a COCO SUSHI LOUNGE & BAR

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, COCO SUSHI LOUNGE & BAR LLC, a Florida Limited Liability Company, d/b/a COCO SUSHI LOUNGE & BAR, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 13, 2024.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Tony Pornprinya** |
|---|---|
| Gregory S. Sconzo, Esq. | Tony Pornprinya, Esq. |
| Florida Bar No.: 0105553 | FBN: 0027960 |
| Sconzo Law Office, P.A. | 1555 NE 123rd Street |
| 3825 PGA Boulevard, Suite 207 | Miami, FL 33161 |
| Palm Beach Gardens, FL 33410 | Ph: 305-893-8989 |
| Telephone: (561) 729-0940 | Fax: 305-891-7717 |
| Facsimile: (561) 491-9459 | Attorney for Defendant |
| Email: greg@sconzolawoffice.com | |
| Email: mcniff@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**